

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Glenn Winningham; House of Fearn,
Appellant

No. 06-13-00041-CV      v.

Joe Shannon, Jr., Thomas A. Wilder, and
Chris Ponder, Appellees

Appeal from the 67th District Court of
Tarrant County, Texas (Tr. Ct. No. 67-263565-13). Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed

for want of prosecution. Therefore, we dismiss the appeal.

      We further order that the appellant, Glenn Winningham, pay all costs of this appeal.

                  RENDERED JULY 17, 2013
                  BY ORDER OF THE COURT
                  JOSH R. MORRISS, III
                  CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk